IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. |
| | § | |
| MONTE MELUGIN | § § | 3:-10CR-297-K |

### INFORMATION

The United States Attorney charges:

Count One:
Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(2))

On or about, October 15, 2007, in the Dallas Division of the Northern District of Texas, defendant, **Monte Melugin**, knowingly received child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by downloading from the internet to his home computer, using peer-to-peer software, visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256, in violation of 18 U.S.C. § 2252A(a)(2).

Specifically, Melugin used the internet and peer-to-peer software and downloaded to his home computer hard drive several movies and still images of child pornography, including the following movie file: "8yo boy wanked by dad as they kiss.1.wmv" which depicts an adult male rubbing the exposed penis of a prepubescent boy.

**Information-Page 1**

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Melugin** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following:

1. iMac computer and hard drive, serial number W88373TYZE4.

In violation of 18 U.S.C. § 2253.

JAMES T. JACKS
UNITED STATES ATTORNEY

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
camille.sparks@usdoj.gov

Information-Page 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

ORIGINAL

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name: MONTE MELGUIN (1)

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

   **Related Case Information**

   Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: ____

   Search Warrant Case Number: 3:09-MJ-403

   R 20 from District of: _____

   Magistrate Case Number: 3:09-MJ-403

   3-10CR-297-K

   RECEIVED BY ____ OCT 2 2 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   AUSA Camille E. Sparks         Bar # TX Bar No. 00790878

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☐ Already in Federal Custody as of ____ in ____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2252A(a)(2) | Possession of Child Pornography | 1 |
   | 18 U.S.C. § 2253 | Forfeiture Notice | |

   Date 10-22-10   Signature of AUSA: Camille Sparks