# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:10-CR-297 |
| MONTE MELUGIN | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Monte Melugin, requests this Court to continue his sentencing until on or after March 23, 2011 and, in support of this motion, sets forth the following facts and argument.

1. This Court set sentencing in this case for March 9, 2011.

2. Undersigned counsel intends to prepare a sentencing memorandum on behalf of Mr. Melugin requesting this Court to vary from the guidelines and impose a sentence below the guideline range.

3. In support of this motion the undersigned intends to attach the reports of expert witnesses. Counsel needs additional time in order to receive and evaluate those reports, and then draft a sentencing memorandum.

4. The government does not oppose this continuance.

Respectfully Submitted,

  /s/ Franklyn Mickelsen
Franklyn Mickelsen
Broden & Mickelsen
Tx. Bar 14011020
2600 State Street
Dallas, Texas 75204
214-720-9552

Attorney for Defendant
Monte Melugin

## CERTIFICATE OF CONFERENCE

I certify that I was informed by Camille Sparks of the U.S. Attorney's Office that the government does NOT OPPOSE the motion.

/s/ Franklyn Mickelsen
Franklyn Mickelsen

**CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, certify that on March 2, 2011, I caused the foregoing document to be served by electronic means on all counsel of record by filing it with the court's electronic case filing system.

    /s/ Franklyn Mickelsen
    Franklyn Mickelsen