**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**
**COURT CASE NUMBER: 3:10-CR-297-K; NOTICE OF FORFEITURE**

Notice is hereby given that on February 07, 2011, in the case of <u>U.S. v. Monte Melugin</u>, Court Case Number 3:10-CR-297-K, the United States District Court for the Northern District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

One iMac 24" computer and hard drive, serial number W88373TYZE4 (11-FBI-000393) which was seized from Monte Melugin on or about October 22, 2010 at 1623 Main Street, Apartment 804, located in Dallas, Texas

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 31, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1100 Commerce Street, Room 1452, Dallas, TX  75242, and a copy served upon Assistant United States Attorney John de la Garza, 1100 Commerce Street, Third Floor, Dallas, TX  75242. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.