IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 3:10-CR-297-K |
| | § | **ECF** |
| MONTE MELUGIN | § | |

## GOVERNMENT'S MOTION AND BRIEF FOR ISSUANCE OF A FINAL ORDER OF FORFEITURE

The United States of America ("the Government") respectfully requests a final order of forfeiture, stating the following in support:

1. A Preliminary Order of Forfeiture [docket #17] was entered in this case, forfeiting an iMac computer and hard drive, serial number W88373TYZE4 ("the property") from defendant Monte Melugin ("the defendant").

2. In accordance with law, notice of the forfeiture was published on an official Government Internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 31, 2011. A Declaration of Publication specifying the details of the publication was filed with the Court [docket #29].

3. Pursuant to 21 U.S.C. § 853(n)(2), any person asserting a legal interest in the property could, no later than 60 days after the first day of publication on the official Government Internet site, petition the Court for a hearing to adjudicate the validity of his/her interest in the property.

**Government's Motion/Brief for Issuance of a Final Order of Forfeiture (Melugin) - Page 1**

4. No claims or petitions were received within the 60-day period, which elapsed on or about May 30, 2011.

5. The court has entered a written judgment of conviction against the defendant that includes forfeiture of the property [docket #25].

6. The Government, therefore, respectfully requests that the Court enter a final order of forfeiture in accordance with law.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

**/s/ John J. de la Garza III**
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8682
Fax: 214.659.8803
john.delagarza@usdoj.gov

CERTIFICATE OF CONFERENCE

Since the defendant's interest in the property has already been forfeited through the Preliminary Order of Forfeiture, there was no need for a conference with his counsel.

**/s/ John J. de la Garza III**
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I certify that on July 12, 2001 I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system.  The ECF system will send a "Notice of Electronic Filing" to all parties who have consented in writing to accept the Notice as service of this document by electronic means.

      **/s/ John J. de la Garza III**
      Assistant United States Attorney