**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*



| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 3:10-CR-297-K  #2 |
| **DEFENDANT** MONTE MELUGIN | **TYPE OF PROCESS** Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One iMac computer and hard drive, serial number W88373TYZE4

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John J. de la Garza III
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, TX 75242-1699

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

*FILED OCT 26 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS By ___ Deputy*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Asset ID: 11-FBI-000393
Pursuant to the Final Order of Forfeiture filed July 12, 2011, the USMS is to dispose of the property listed in the Final Order of Forfeiture according to law.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*John J. de la Garza III*
TELEPHONE NUMBER: 214.659.8600
DATE: 1/24/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 77 | District to Serve No. 77 | Signature of Authorized USMS Deputy or Clerk *Michael D.R.* | Date 1/27/12 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/26/12   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
*Janeth Cardno*

| Service Fee $8.00 | Total Mileage Charges including *endeavors* 0 | Forwarding Fee 0 | Total Charges $8.00 | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

**REMARKS:** The above listed asset was never taken into custody by the USMS. FBI has put into official use.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00