**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

# Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Person Under Supervision: | Monte Melugin | Case No.: | 3:10-CR-00297(1) |
| Name of Sentencing Judge: | U.S. District Judge Ed Kinkeade | | |
| Date of Original Sentence: | March 30, 2011 | | |
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2), a Class C felony | | |
| Original Sentence: | 144 months custody, Life term of supervised release | | |
| Revocations: | None. | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | July 16, 2021 |
| Assistant U.S. Attorney: | Camille Sparks | Defense Attorney: | Mick Mickelson (Court appointed) |

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program, contributing to the cost of the monitoring in an amount not to exceed $40 per month. The defendant shall consent to the probation officer's conducting ongoing monitoring of his/her computer/computers. The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. At the discretion of the probation officer, the monitoring software may be disabled or removed at any time during the term of supervision.

The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer.

The defendant shall submit to periodic unannounced examinations of his/her computer/computers, storage media, and/or other electronic or Internet-capable devices, performed by the probation officer at reasonable times and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such system for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider.

Monte Melugin
Request for Modifying the Conditions or Term of Supervision
Case 3:10-cr-00297-K Document 35 Filed 02/17/22 Page 2 of 5 PageID 315

## Cause

On July 16, 2021, Mr. Melugin began his term of supervised release in the Northern District of Texas, Dallas Division. When he was sentenced in March 2011, cybercrime conditions had not yet been adopted by this district. Due to the nature of Mr. Melugin's conviction, Receipt of Child Pornography, the cybercrime conditions would be beneficial in the supervision of Mr. Melugin. Furthermore, Mr. Melugin has agreed to the modifications of his conditions of supervision. Mr. Melugin has signed a Probation Form 49; Waiver of Hearing and it is attached for Your Honor's review.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on February 16, 2022
Respectfully submitted,

Approved,

s/Allison Audd
U.S. Probation Officer
Dallas
Phone: 214-753-2481

s/Deanna Spokes
Supervising U.S. Probation Officer
Phone: 214-753-2561

Monte Melugin
Request for Modifying the Conditions or Term of Supervision
Case 3:10-cr-00297-K   Document 35   Filed 02/17/22   Page 3 of 5   PageID 316

**Order of the Court:**

- ☐ No Action
- ☐ The extension of supervision as noted above.
- ☒ To add to the conditions of supervision.
- ☐ Other or Additional:
- ☐ File under seal until further order of the Court.

*Ed Kinkeade*
The Honorable Ed Kinkeade
U.S. District Judge

February 17, 2022
Date

AA

*Attachment

Monte Melugin
Request for Modifying the Conditions or Term of Supervision
Case 3:10-cr-00297-K   Document 35   Filed 02/17/22   Page 3 of 5   PageID 316
Page 3 of 3

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.                                                  Case No.: 3:10-CR-00297(1)

Monte Melugin

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program, contributing to the cost of the monitoring in an amount not to exceed $40 per month. The defendant shall consent to the probation officer's conducting ongoing monitoring of his/her computer/computers. The monitoring may include the installation of hardware and/or software systems that allow evaluation of computer use. The defendant shall not remove, tamper with, reverse engineer, or circumvent the software in any way. The defendant shall only use authorized computer systems that are compatible with the software and/or hardware used by the Computer and Internet Monitoring Program. The defendant shall permit the probation officer to conduct a preliminary computer search prior to the installation of software. At the discretion of the probation officer, the monitoring software may be disabled or removed at any time during the term of supervision.

The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer.

The defendant shall submit to periodic unannounced examinations of his/her computer/computers, storage media, and/or other electronic or Internet-capable devices, performed by the probation officer at reasonable times and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such system for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider.

Witness: _____  Signed: _____
            Allison Audd                                Monte Melugin
         U.S. Probation Officer                     Supervised Releasee

Date: February 1, 2022