IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONTE MELUGIN | NO.  3:10-CR-297-K |

## MOTION FOR DETENTION AND MOTION FOR CONTINUANCE

The United States moves for detention of defendant, **Monte Melugin**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_\_  Crime of violence (18 U.S.C. §3156);

   \_\_\_\_\_  Maximum sentence life imprisonment or death

   \_\_\_\_\_  10 + year drug offense

   \_\_\_\_\_  Felony, with two prior convictions in above categories

   \_\_\_\_\_  Serious risk defendant will flee

   \_\_\_\_\_  Serious risk obstruction of justice

   \_\_\_\_\_  Felony involving a minor victim

   \_\_\_\_\_  Felony involving a firearm, destructive device, or any other

    dangerous weapon

   \_\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250)

   \_\_x\_\_  Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __ x __ Defendant's appearance as required

    __ x __ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

    __ x __ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __ x __ After continuance of __ 3 __ days (not more than 3).

**Motion for Detention - Page 2**

DATED this   24   day of   March  , 2022.

                                         Respectfully submitted,

                                         CHAD E. MEACHAM
                                         UNITED STATES ATTORNEY

                                         s/Camille E. Sparks
                                         CAMILLE E. SPARKS
                                         Assistant United States Attorney
                                         Bar No. 00790878
                                         1100 Commerce Street, Third Floor
                                         Dallas, Texas 75242-1699
                                         Telephone: 214-659-8600
                                         Facsimile:  214-659-8709
                                         Email Camille.sparks@usdoj.gov

**Motion for Detention - Page 3**