**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **No. 3:10-cr-297** |
| | § | |
| **MONTE MELUGIN,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

I hereby enter my appearance as counsel for the above-named defendant in this cause.

Respectfully submitted,

/s/ *Camille M. Knight*

Camille M. Knight
Texas Bar No. 24027124
900 Jackson Street, Suite 430
Dallas, Texas 75202
214-871-1133
camille@cknightlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2022, I filed this Entry of Appearance via the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Camille M. Knight*
Camille M. Knight