# United States District Court
## Northern District of Texas
### Dallas Division

UNITED STATES OF AMERICA

V.

Monte Melugin

CASE NUMBER: 3:10-cr-00297-K

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Monte Melugin

ADDRESS (STREET, CITY, STATE):

unknown

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U.S. District Court for the Northern District of Texas, Dallas Division | 3/30/2011 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

s/M. Robinson
(By) Deputy Clerk

3/21/2022
Date

## RETURN

Warrant received and executed.

Date Received: 3/21/22

Date Executed: 3/24/21

Executing Agency (Name and Address)

US Marshals Service, 1100 Commerce St, Dallas TX 75242

Name: Q. Downs     (By) _signature_     Date: 3/24/22

VSMS

8512900